mch

X ___ FILED  ___ ENTERED
___ LOGGED  ___ RECEIVED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

APR 1 6 2026

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY ___ a ___ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | **CRIMINAL NO.** 1:26-mj-00912-JMC |
| | * | |
| WILLIAN MISAEL FLORES TORRES | * | **UNDER SEAL** |
| | * | |

*******

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Christopher C. Reid, being duly sworn, deposes and states the following:

1.    I am a Special Agent with Homeland Security Investigations ("HSI") and have served in that capacity since December 26, 2016. I am authorized by law to interrogate, arrest, search, and seize aliens who are unlawfully present in the United States pursuant to Title 8, United States Code, Section 1357. Throughout my career, I have been involved in the investigation of numerous cases involving the illegal reentry of aliens into the United States.

2.    I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the ICE investigative file, including the defendant's criminal history record; and from reports of other enforcement officers involved in the investigation.

3.    Because I have submitted this Affidavit for the limited purpose of establishing probable cause, I have not included every detail of every aspect of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause. I have not, however, excluded any information known to me that would defeat a determination of probable cause.

4.    This Affidavit is submitted in support of a criminal complaint and arrest warrant for Willian Misael Torres Flores "TORRES FLORES", charging him with reentry after removal in violation of 8 U.S.C. § 1326(b).

1

*mch*

## PROBABLE CAUSE

5.    The defendant is a citizen and national of El Salvador, and not a native, citizen or national of the United States.

6.    At an unknown date and time prior to December 23, 2015, the defendant entered the United States at a location unknown without inspection by an immigration officer.

7.    On or about February 2016, the defendant was convicted in the Circuit Court for Frederick County, Maryland of 2nd Degree Rape, in violation of the Maryland Code, Criminal Law Article §3-304 (a) (1) (Rape-2nd degree without consent), for which he was sentenced to 240 months of incarceration with all but 18 months suspended sentence. The defendant was further ordered to register as a sex offender and complete five years of unsupervised probation.

8.    On June 16, 2016, an Immigration Judge in the State of Maryland issued a final order of removal subsequently ordering the defendant removed from the United States to El Salvador.

9.    On March 9, 2018, the defendant was removed from the United States by ICE.

10.    The defendant subsequently re-entered the United States sometime after his March 10, 2018 removal at a location unknown. On March 1, 2026, the defendant was named as the suspect in a rape investigation by the Washington County, Maryland Sheriff's Department (WCSO). On March 1, 2026, your affiant determined the defendant had been previously entered the United States without inspection and had been previously deported. As of this writing, WCSO has been unable to locate the defendant.

11.    The victim of the alleged rape identified the residence where the rape(s) occurred and which she had visited on numerous occasions. In addition, the victim identified the defendant to be her neighbor and family friend, the defendant in this instance known as TORRES-FLORES.

*mch*

Further investigation revealed the property owners of the suspect residence where the alleged rape(s) occurred to be the mother and father of the defendant. The victim subsequently identified the person who raped as the defendant, from a central booking photograph of the defendant's aforementioned 2016 arrest in Frederick County, Maryland and explained that the defendant had previously admitted that he had been incarcerated in Maryland for rape.

12.    On March 10, 2026, a Detective with WCSO attempted to call the telephone number 240-838-6671, which was the telephone number being utilized by the defendant and registered to the father of the defendant, Bernardino Torres Sanchez. The victim also identified this as the defendants phone number. A male answered the phone and identified himself as "Bernardino", the father of the defendant. Bernardino explained that the defendant was in El Salvador. Special Agent Reid later called phone number 240-838-6671 and determined the cellphone number had been disconnected. The Washington County Sheriff's Office has not yet charged the defendant with a crime.

13.    There is no record that, following the prior deportation, the defendant ever obtained permission to reenter the United States from the Secretary for Homeland Security, the United States Attorney General, or any other authorized official.

## CONCLUSION

14.    Accordingly, pursuant to the facts set forth above, I submit that probable cause exists for the issuance of a criminal complaint and warrant for the arrest of Willian Misael Torres Flores, an alien who previously had been removed, knowingly entered and was found in the United States without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security, to reapply for admission in the United States as required by law, in violation of 8 U.S.C. § 1326(b).

*mch*

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

CHRISTOPHER C  Digitally signed by
REID  CHRISTOPHER C REID
Date: 2026.04.11 12:17:10 -04'00'

Christoper Reid
Special Agent
Homeland Security Investigations
U.S. Immigration and Customs Enforcement

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) this __15__ day of April, 2026.

Honorable J. Mark Coulson
United States Magistrate Judge

